# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **HAROLD E. STRICKLAND,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:13CV00484 |
| | ) | |
| **VIRGINIA DEPT. OF CORRECTIONS, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **HAROLD E. STRICKLAND**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:13CV00485 |
| | ) | |
| **COMMONWEALTH OF VIRGINIA, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

## FINAL ORDER

In these related cases, the pro se plaintiff has filed timely objections to the Report and Recommendation of the magistrate judge filed in each case on September 8, 2014. Upon de novo consideration of the portions of the Report and Recommendations objected to, it is **ORDERED** as follows:

1. Plaintiff's objections (ECF Nos. 15, 131) are DENIED;

2. The Report and Recommendations (ECF Nos. 12, 127) are ACCEPTED;

3. In Case No. 7:13CV00484, Plaintiff's Motion for Reconsideration (ECF No. 9) is GRANTED, the action reopened as to its federal claims, and upon reconsideration, the action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for relief;

4. In Case No. 7:13CV00485, Plaintiff's Motions to Amend (ECF Nos. 16, 21, 37) and Motion to Exercise Supplemental Jurisdiction (ECF No. 58) are DENIED;

5. In Case No. 7:13CV00485, Defendants' Motions to Dismiss (ECF Nos. 41, 52) are GRANTED;

6. In Case No. 7:13CV00485, Plaintiff's remaining motions and Defendant's Motion to Dismiss Based on Eleventh Amendment Sovereign Immunity (ECF No. 47) are DENIED as moot;

7. Nothing further remaining to be done herein, the clerk shall close both cases.

ENTER: November 17, 2014

/s/ JAMES P. JONES
United States District Judge